No. 372, Misc., October Term, 1948. SHERMAN *v.* RAGEN, WARDEN, ET AL., 337 U. S. 235. The motion to transfer this case to the United States District Court is denied.

*Certiorari Granted.*

No. 449. BUILDING SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 262, ET AL. *v.* GAZZAM. Supreme Court of Washington. Certiorari granted. *Daniel D. Carmell* and *Walter F. Dodd* for petitioners.

No. 309. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS UNION, LOCAL 309, ET AL. *v.* HANKE ET AL., DOING BUSINESS AS ATLAS AUTO REBUILD. Supreme Court of Washington. Certiorari granted. *Samuel B. Bassett* for petitioners. *Clarence L. Gere* for respondents.

No. 364. AUTOMOBILE DRIVERS & DEMONSTRATORS LOCAL UNION No. 882 ET AL. *v.* CLINE. Supreme Court of Washington. Certiorari granted. *Samuel B. Bassett* for petitioners.

*Certiorari Denied.*

No. 374. MOLONEY *v.* MOLONEY (AILWORTH). Supreme Court of Kansas. Certiorari denied. *Robert Stone* for petitioner. *Oliver J. Miller* for respondent.

No. 377. UNITED STATES *v.* WINTERS ET AL., DOING BUSINESS AS WILLIAM WINTERS & Co. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *Malcolm A. MacIntyre* for respondents.